1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN W. WILLIAMS,                    No.  2:22-cv-01083-DAD-CKD P

12                Plaintiff,

13          v.                             ORDER

14    TIALI PATTERSON, et al.,

15                Defendants.

16

17          Plaintiff has requested an extension of time to file his objections to the court's November

18    28, 2022 Findings and Recommendations.  To the extent that the motion seeks a reconsideration

19    of the court's Findings and Recommendations, the motion is denied as premature.  Plaintiff may

20    raise any argument for rejecting the court's recommendation in his objections which will be

21    reviewed by the district judge assigned to this case.

22          Good cause appearing, IT IS HEREBY ORDERED that:

23          1.  Plaintiff's motion for an extension of time (ECF No. 10) is granted.

24          2.  Plaintiff is granted thirty days from the date of this order in which to file and serve his

25    objections to the Findings and Recommendations issued on November 28, 2022.

26          3.  To the extent the motion is a request for reconsideration, the motion is denied as

27    premature.

28    /////

1

1   Dated:  December 23, 2022

2
                                        CAROLYN K. DELANEY
3                                       UNITED STATES MAGISTRATE JUDGE

4

5   12/will1083.36-recon.docx

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28